UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:08-cr-92-T-23MAP

EDGARDO FRANCISCO MARTINEZ-CASTILLO
_____/

## O R D E R

Martinez-Castillo's 168-month sentence was affirmed on appeal.  (Doc. 224)

Pending is Martinez-Castillo's motion for relief from judgment (Doc. 230) pursuant to

Rule 60(b), Federal Rules of Civil Procedure, in which he re-asserts the grounds

rejected on direct appeal.  (Doc. 224)  Martinez-Castillo cannot utilize the Rules of Civil

Procedure to challenge a criminal judgment.

> Rule 1 of the Federal Rules of Civil Procedure unambiguously provides
> that "[t]hese rules govern the procedure in the United States district courts
> in all suits of a civil nature . . . ."  The judgment and order that the
> defendant contests were entered, not in a civil case, but in a criminal case,
> and a proper appeal of the forfeitures should have been raised in the
> defendant's criminal appeal of his conviction and sentence.  Rule 60(b)
> simply does not provide for relief from judgment in a criminal case, and as
> such the defendant cannot challenge the criminal forfeitures at issue
> under Fed.R.Civ.P. 60(b).

United States v. Mosavi, 138 F.3d 1365, 1366 (11th Cir. 1998).

Accordingly, Martinez-Castillo's motion for relief from judgment (Doc. 230)

pursuant to Rule 60(b), Federal Rules of Civil Procedure, is **DENIED**.

ORDERED in Tampa, Florida, on August 20, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE